**The Olsen Law Firm, LLC**
**James Olsen 26833**
**15396 N. 83rd Avenue**
**Suite F-101**
**Peoria, AZ 85381**
**Telephone (602) 325-3635**
**Fax (623) 933-7995**
[jolsenlaw@yahoo.com](mailto:jolsenlaw@yahoo.com)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: <br><br> STEVEN L UMBOWER, <br> JENNIFER D UMBOWER, <br><br> Debtor(s) | In Proceedings Under Chapter 13 <br> Case No. 2:10-bk-08448-JMM <br><br><br> MOTION TO DISMISS CHAPTER 13 CASE |

COMES NOW, Steven L Umbower and Jennifer D Umbower ("Debtors,") by and through their undersigned counsel, James Olsen of The Olsen Law Firm, LLC, pursuant to 11 U.S.C. § 1307(b), hereby moves the Court for an order dismissing the above-entitled Chapter 13 proceeding. In support thereof, Debtors state:

1. The above-entitled Chapter 13 proceeding was commenced by the filing of a voluntary petition under Chapter 13 on March 25, 2010;

2. Debtor has made no arrangements or agreements with any creditor, party or person in connection with this request for dismissal.

WHEREFORE, Debtors, Steven L Umbower and Jennifer D Umbower, requests dismissal of the above-captioned Chapter 13 proceeding.

RESPECTFULLY SUBMITTED on this the 15th day of February, 2011.

/s/James Olsen
Attorney for Debtors

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |

Copies of the foregoing mailed by first class mail on this 15th day of February, 2011, to:

Clerk of the U.S. Bankruptcy Court
230 North First Avenue #101
Phoenix, AZ 85003

Russell Brown
Chapter 13 Trustee
3838 North Central
Suite 800
Phoenix, AZ 85012

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Steven L Umbower
Jennifer D Umbower
3121 North Aspen Drive
Avondale, AZ 85392

February 15, 2011                     /s/Mollie Thompson