**The Olsen Law Firm, LLC**
**James Olsen 26833**
**15396 N. 83rd Avenue**
**Suite F-101**
**Peoria, AZ 85381**
**Telephone (602) 325-3635**
**Fax (623) 933-7995**
*jolsenlaw@yahoo.com*

**UNITED STATES BANKRUPTCY COURT**
*DISTRICT OF ARIZONA*

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 2:10-bk-08448-JMM |
| STEVEN L UMBOWER, | ORDER GRANTING MOTION |
| | TO DISMISS CHAPTER 13 CASE |
| JENNIFER D UMBOWER, | |
| Debtors. | |

The Court, after considering Debtor's Motion to Dismiss, herby finds as follows:

1. The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
2. There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case.
3. This case shall be dismissed pursuant to 11 U.S.C. § 1307 (b).

IT IS HEREBY ORDERED,
The above entitled and captioned case is hereby dismissed.
All further proceedings are hereby vacated.

_____     _____
Dated                                            Honorable James M. Marlar
                                                      U.S. Bankruptcy Judge