**The Olsen Law Firm, LLC**
**James Olsen 26833**
**15396 N. 83rd Avenue**
**Suite F-101**
**Peoria, AZ 85381**
**Telephone (602) 325-3635**
**Fax (623) 933-7995**
**jolsenlaw@yahoo.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
| --- | --- |
| | Case No. 2:10-bk-08448-JMM |
| STEVEN L UMBOWER, | |
| JENNIFER D UMBOWER, | |
| | CERTIFICATE OF SERVICE AND NO OBJECTION |
| Debtor(s) | |

**COMES NOW counsel undersigned for the Debtors, and hereby certifies under penalty of Perjury as follows**

**1. The Debtor(s) Chapter 13 Plan and Application for Payment of Administrative Expense (the "Application") was filed with the court on March 30, 2010.**

**2. The Debtor(s) Notice of Last Date to File Objections to Chapter 13 Plan and Application for Payment of Administrative Expense (the"Notice") was filed with the Court on March 30, 2010.**

**3. The last date to file objections to the Application was April 26, 2010.**

**4. The Application and Notice were served on all parties by the B.N.C. on March 30, 2010.**

**5. No objection to the Application has been filed and served in accordance with the Notice.**

**Date: February 15, 2011          /s/ James Olsen**
                                   **James Olsen Attorney for Debtor**

| | |
|---|---|
| 1 | **Certificate of Service** |
| 2 | |
| 3 | |
| 4 | **Copy of the foregoing was mailed by first class mail on February 15, 2011 to:** |
| 5 | |
| 6 | |
| 7 | Russell Brown |
| 8 | Chapter 13 Trustee |
| 9 | 3838 North Central Avenue |
| 10 | Suite 800 |
| 11 | Phoenix, AZ 85012 |
| 12 | |
| 13 | Steven L Umbower |
| 14 | Jennifer D Umbower |
| 15 | 3121 North Aspen Drive |
| 16 | Avondale, AZ 85392 |

20  February 15, 2011                    /s/Mollie Thompson