The Olsen Law Firm, LLC
James Olsen 26833
15396 N. 83rd Avenue
Suite F-101
Peoria, AZ 85381
Telephone (602) 325-3635
Fax (623) 933-7995
jolsenlaw@yahoo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
| --- | --- |
| | Case No. 2:10-bk-08448-JMM |
| STEVEN L UMBOWER, | |
| JENNIFER D UMBOWER, | |
| | ORDER APPROVING APPLICATION FOR |
| | PAYMENT OF ADMINISTRATIVE EXPENSE |
| Debtor(s) | |

    THIS MATTER having come before the Court on the Application for Payment of Administrative Expense (contained in the Chapter 13 Plan and Application for Payment of Administrative Expense); good cause appearing and the Court having considered same; it is

    ORDERED that the Application for Payment of Administrative Expense in the total amount of $4,000.00 (including the pre-petition payment for Debtor(s) counsel in the amount of $1,700.00) be and hereby is approved; it is further

    ORDERED that the Chapter 13 Trustee assigned to this case shall pay to the Debtor(s) counsel the remaining balance of the administrative expense, $2,300.00; however, such payment shall not prejudice other administrative claims of the Debtor(s) bankruptcy estate.

_____                <u>Signed and Dated above        </u>
Date                                      United States Bankruptcy Judge